# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KYLE GUEDRY

VERSUS

AIRGAS USA, LLC.

NO.  2025 CW 0431

**AUGUST 18, 2025**

---

In Re:    AIRGAS USA, LLC, applying for supervisory writs, Office of Workers' Compensation, District 9, No. 23-02564.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

    **WRIT GRANTED.** The portion of the Office of Workers' Compensation's October 29, 2024 judgment that granted in part Kyle Guedry's cross motion for summary judgment is reversed. A motion for summary judgment shall be granted if the motion, memorandum, and supporting documents show that there is no genuine issue as to material fact and that the mover is entitled to judgment as a matter of law. La. Code Civ. P. art. 966(A)(3). We find issues of material fact remain in determining whether a compensable accident occurred. Therefore, Kyle Guedry's cross motion for summary judgment is denied.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT